1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   ANDREW Y.S. CHENG (CSBN 164613)
    Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102-3495
      Telephone: (415) 436-6813
6     Facsimile:   (415) 436-6748

7   Attorneys for Federal Defendant

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  VAN TU TRINH, STEPHEN LU, and        )    No. 06-3083 MEJ
    MUOI DUONG,                          )
13                                       )
          Plaintiffs,                    )    **JOINT STIPULATION AND**
14                                       )    **[PROPOSED] ORDER TO CONTINUE**
          v.                             )    **CASE MANAGEMENT CONFERENCE**
15                                       )
    UNITED STATES OF AMERICA,            )    Date:    September 11, 2006
16                                       )    Time:    4:00 p.m.
          Defendant.                     )
17  _____ )

18        The parties, by and through their respective attorneys, request that the case management

19  conference currently scheduled for October 26, 2006 be continued to **November 2, 2006**, at

20  10:00 a.m.  This request is made to accommodate a conflicting mediation for defendant's

21  counsel on October 26, 2006.

22

23                                          Respectfully submitted,

24                                          KEVIN V. RYAN
                                            United States Attorney
25

26  Dated: October 4, 2006

                                            ____/s/_____
27                                          ANDREW Y.S. CHENG
                                            Assistant United States Attorney
28

1

2    Dated: October 4, 2006                          /s/_____
                                        LAWRENCE A. STRICK
3                                       Attorney for Plaintiff

4

5                                       **ORDER**

6        The Case Management Conference currently scheduled for October 26, 2006 is

7    continued to November 2, 2006, at 9:00 a.m.  The parties shall file their joint case

8    management conference statement no later than October 26, 2006.

9

10       **IT IS SO ORDERED.**

11

12
     Dated: October 11, 2006
13   Dated: _____

14                                       

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE CMC,
C06-3083 MEJ