IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN TU TRINH, STEPHEN LU and MUOI DUONG,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. 06-3083 MEJ<br><br>**ORDER VACATING NOVEMBER 2, 2006 CASE MANAGEMENT CONFERENCE** |

　　　The Court is in receipt of the parties' case management statement and will issue a case management order forthwith. Therefore, the case management conference scheduled for November 2, 2006 is hereby vacated.

**IT IS SO ORDERED.**

Dated: October 31, 2006

MARIA-ELENA JAMES
United States Magistrate Judge